UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick McParlan,

Plaintiff,

vs.

The Art Institutes International Minnesota, Inc., a Minnesota corporation,

Defendant.

Case Type: Employment Discrimination
Civil File No.: 00-300 JMR/FLN

**STIPULATION AND ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESS TESTIMONY AND DEPOSITION DATES**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the deadline for full disclosure of expert witness testimony should be extended from November 1, 2000 to December 1, 2000. The parties also agree that in light of the requested extension, that the deadline for deposing disclosed experts should be extended from January 1, 2001 to February 1, 2001. Modification of these deadlines will not affect the trial ready date for this matter.

These minor modifications of the expert report deadlines are necessitated by the fact that Plaintiff recently switched counsel (Ann Mozey substituting for Gail Weber). One consequence of this change in Plaintiff's representation is that various depositions (including the deposition of the Plaintiff) which would have been completed this week have been postponed indefinitely. This deposition testimony is necessary for the experts to complete their reports.

FILED NOV 0 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: October 25, 2000

LAW OFFICES OF ANN M.I. MOZEY

By ______________________
Ann M.I. Mozey (#278178)
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Telephone: (612) 340-0044

ATTORNEY FOR PLAINTIFF

Dated: October 27, 2000

DORSEY & WHITNEY LLP

By ______________________
Roy A. Ginsburg (#123158)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
The Art Institutes International
Minnesota, Inc.

**ORDER**

In accordance with the parties' Stipulation, IT IS HEREBY ORDERED that the deadline for full disclosure of expert witness testimony shall be extended from November 1, 2000 to December 1, 2000 and that the deadline for deposing disclosed experts shall be extended from January 1, 2001 to February 1, 2001.

DATED: Nov. 3, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge