UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick McParlan,

Plaintiff,

vs.

The Art Institutes International Minnesota, Inc., a Minnesota corporation,

Defendant.

Case Type: Employment Discrimination
Civil File No.: 00-300 JMR/FLN

**STIPULATION AND ORDER TO EXTEND DEADLINES**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the deadline for completion of discovery, including non-dispositive motions, has been extended from January 1, 2001, to March 1, 2001.

Modification of these dates will affect the trial date. The parties' counsel therefore further stipulate to extending the dispositive motion deadline to June 1, 2001 and the trial ready date to September 1, 2001.

These modifications of the discovery deadlines are necessitated by the change in Plaintiff's counsel. One consequence of this change in counsel is late depositions which have lead to new information necessitating additional discovery and possibly additional depositions.

DEC 21 2000
FILED
... CLERK

Dated: 12-14-00.

**LAW OFFICES OF ANN M. I. MOZEY**

By: [signature]
Ann M. I. Mozey, #278178
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Tel: (612) 340-0044
Fax: (612) 340-0190

ATTORNEY FOR PLAINTIFF

Dated: 12-13-00

**DORSEY & WHITNEY, LLP**

By: [signature]
Roy Ginsburg, #133158
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 340-8761

ATTORNEY FOR DEFENDANT

**ORDER**

In accordance with the parties' Stipulation, IT IS HEREBY ORDERED that the deadline for completion of discovery, including non-dispositive motions, shall be extended from January 1, 2001, to March 1, 2001; the deadline for completion of dispositive motions shall be extended from April 1, 2001, to June 1, 2001; and the deadline for trial ready date shall be extended from June 1, 2001 to September 1, 2001.

Dated: 12/21/00

[signature]
FRANKLIN L. NOEL
Chief Magistrate Judge