UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick McParlan,

Plaintiff,

vs.

Art Institutes International Minnesota,

Defendant.

Civil No. 00-300 JMR/FLN

**ORDER**

---

Ann Mozey for Plaintiff.
Ashleigh Bausch for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 20, 2001, on Plaintiff's Motion to Compel Discovery [#15].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery [#15] is **DENIED WITHOUT PREJUDICE**. The parties are ordered to meet and confer to resolve the discovery disputes described in Plaintiff's Supplemental Memorandum to Compel Outstanding Discovery. If any issue remains in dispute after the meeting has taken place, Plaintiff may renew his Motion without prejudice.

DATED: March 15, 2001

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAR 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____