UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick McParlan,

Plaintiff,

vs.

Art Institutes International Minnesota,

Defendant.

Civil No. 00-300 JMR/FLN

**ORDER**

---

Ann Mozey for Plaintiff.
Erik Nelson for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 23, 2001, on Plaintiff's Second Motion to Compel Discovery [#26].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Second Motion to Compel Discovery [#26] is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. On or before April 27, 2001, the parties shall submit a mutually agreeable protective order to the Court. If the parties are unable to agree on a protective order, they will each submit a proposed protective order to the Court, and the Court will choose either one or the other to serve as the protective order governing this case;

2. Insofar as the Motion seeks production of the personnel files of Glenn Johannesen, Ron Lorman, Ted Klotz, and Joe Hughes, it is **GRANTED** pursuant to the terms of the protective order that will be entered by the Court;

FILED MAY 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Insofar as the Motion seeks the production of Defendant's financial statements, it is **GRANTED** pursuant to the terms of the protective order that will be entered by the Court;

4. In all other respects, the Motion is **DENIED**.

DATED: May 3, 2001

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge