UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-300(JMR/FLN)

| | | |
|---|---|---|
| Patrick McParlan | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Art Institutes, Intl. | ) | |

This matter is before the Court on defendant's motion for summary judgment. The Court heard oral argument on July 27, 2001. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, defendant's motion is granted.

IT IS SO ORDERED.

Dated: August 24, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED AUG 27 2001
DEPUTY CLERK'S INITIALS